USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1-8-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
ERIC WEISS,

              Plaintiff,

     v.

PENSKE MEDIA CORPORATION et al.,

              Defendants.
-------------------------------------x

18 Civ. 9529(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed the parties' recent letters regarding their discovery disputes [dkt. no. 59, 61, and 62].

- Defendants shall produce all documents relating to the transfer of Mr. Weiss' photographs from Fairchild Publications to Defendants and the ownership of the photographs. Defendants may produce the Condé Nast agreement or other transactional documents to the Court for in camera review with a cover letter identifying any provisions that concern ownership/provenance of the archive. The Court will determine whether those provisions are relevant and must be produced to Plaintiff, subject to the parties' protective order.

- Defendants shall produce all documents relating to their/its licensing of the photograph appearing at Exhibit 1 to the Complaint.

- Defendants shall produce a Rule 30(b)(6) witness to testify with respect to the spreadsheets produced, how Defendants' databases are maintained, and how Mr. Weiss' photographs are entered into the databases.

Counsel shall report to the Court by letter no later than February 18 with respect to the information obtained from the above.

The Court reserves decision on the remainder of Plaintiff's requests.

SO ORDERED.

Dated:    New York, New York
         January 8, 2020

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge