UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC WEISS,

                Plaintiff,

    -against-

PENSKE MEDIA CORPORATION, et al.,

                Defendants.

18 Civ. 9529

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge

    On January 8, 2020, the Court ordered Defendants to submit for in camera review copies of Condé Nast agreements and to identify any provisions in those documents that may concern ownership of the photographs at issue in this action. [Dkt. no. 64.] Pursuant to that order, on January 24, 2020, Defendants sent the Court a letter and certain transactional documents, along with an appendix identifying the potentially relevant provisions. Defendants also noted that one of the submitted documents, a bill of sale, is in the process of being updated.

    Having reviewed Defendants' submissions, the Court finds that the provisions identified in the appendix to Defendants' letter are relevant to Defendants' defense that Plaintiff does not own the photographs at issue in this case and that Defendants were entitled to license and use the photographs without Plaintiff's permission. Subject to the parties'

1

protective order, Defendants shall produce to Plaintiff redacted versions of those documents, leaving the provisions identified in Defendants' submission unredacted. In addition, once the updated bill of sale becomes available, Defendants shall produce that to Plaintiff in similar fashion.

**SO ORDERED.**

Dated:   New York, New York
         February 4, 2020

*Loretta A. Preska*
LORETTA A. PRESKA
Senior U.S. District Judge