UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC WEIESS,

        Plaintiff,

-versus-

PENSKE MEDIA CORP., et al.,

        Defendants.

No. 18 Civ. 9529 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has reviewed the parties' recent submissions regarding the status of discovery and proposed motions. Defendants may proceed with their proposed motion for summary judgment on Plaintiff's state law claims and their proposed motion for a protective order. Counsel shall confer and inform the Court of a proposed briefing schedule.

SO ORDERED.

Dated: March 18, 2020
      New York, New York

                                       LORETTA A. PRESKA
                                       Senior U.S. District Judge