UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC WEISS,

        Plaintiff,

-versus-

PENSKE MEDIA CORP., et al.,

        Defendants.

18 Civ. 9529

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The parties' deadlines to respond to the pre-motion letters for summary judgment [dkt. nos. 72, 73] are extended one week until April 10, 2020. The parties may submit a proposed briefing schedule on Defendants' anticipated summary judgment motion and motion for a protective order by April 10, 2020.

SO ORDERED.

Dated:  April 6, 2020
       New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge