```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ERIC WEISS,<br><br>            Plaintiff,<br><br>    -versus-<br><br>PENSKE MEDIA CORPORATION, et al.,<br><br>            Defendants. | 18 Civ. 9529<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

   The Clerk of the Court shall mark this action closed, subject to reopening on notice from the Court, and all pending motions denied as moot.

**SO ORDERED.**

Dated:  April 20, 2020
        New York, New York

                                    _____
                                    LORETTA A. PRESKA
                                    Senior U.S. District Judge